| PROB 22 (Rev. 01/24) | | DOCKET NUMBER *(Transferring Court)* 4:18CR50206-001 |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Receiving.Court)* 3:24-cr-00425 SI |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT District of Arizona | DIVISION 4 - Tucson |
|---|---|---|
| Jesus Salamanca-Benitez | NAME OF SENTENCING JUDGE Honorable James A. Soto Senior U.S. District Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 12/31/2018     TO 12/30/2022 |

OFFENSE
21:841A=CD.F - Class B Felony - CONTROLLED SUBSTANCE - SELL - DISTRIBUTE - OR DISPENSE
21:846=CD.F - Class B Felony - CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCE; Methamphetamine

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Violation of Supervision to be addressed with new charge in Northern District of California

**FILED**
Jul 30 2024
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

**PART 1- ORDER TRANSFERRING JURISDICTION**

**UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA**

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. §3605, the jurisdiction of the probationer or supervised releasee, Jesus Salamanca-Benitez, be transferred with the records of this Court to the United States District Court for the Northern District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

July 11, 2024
Date

Honorable James A. Soto
Senior U.S. District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2- ORDER ACCEPTING JURISDICTION**

**UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

July 30, 2024
Effective Date

United States District Judge